IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WARREN B. KATZ, ) | CIV. NO. 09-00042 HG-KSC |
| ) | |
|     Plaintiff, ) | |
| ) | |
|  vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| BUREAU OF PRISONS, OTHER ) | |
| KNOWN AND UNKNOWN UNNAMED ) | |
| PERSONS, ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

<u>ORDER ADOPTING MAGISTRATE'S</u>
<u>FINDINGS AND RECOMMENDATION THAT ACTION BE DISMISSED</u>
<u>FOR FAILURE TO PROPERLY SERVE DEFENDANT (DOC. 16) AS</u>
<u>MODIFIED</u>

Findings and Recommendation having been filed and served on all parties on August 6, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 16) is adopted as the opinion and order of this Court is adopted as the opinion and order of this Court with the following modification:

On Page 6, line 3 the word "not" should be inserted between "did" and "properly".

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 28, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge